# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
KOPP, ROBERT R § Case No. 12-23976
KOPP, CARLA L §
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 AM on 08/08/2013 in Courtroom 240,
United States Courthouse
c/o Kane County Courthouse
100 S. 3rd St., Geneva, IL 60134
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/04/2013         By: Kenneth S. Gardner
                                    Clerk of the Bankruptcy Court

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
KOPP, ROBERT R § Case No. 12-23976
KOPP, CARLA L §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 27,000.00 |
| and approved disbursements of | $ | 4,712.62 |
| leaving a balance on hand of[1] | $ | 22,287.38 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: JOSEPH R. VOILAND | $ 3,450.00 | $ 0.00 | $ 3,450.00 |
| Trustee Expenses: JOSEPH R. VOILAND | $ 771.75 | $ 0.00 | $ 771.75 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 4,221.75 |
| Remaining Balance | $ 18,065.63 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 82,298.29 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003A | Internal Revenue Service | $ 82,298.29 | $ 0.00 | $ 18,065.63 |
| | Total to be paid to priority creditors | | | $ 18,065.63 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 29,051.05 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 3,845.32 | $ 0.00 | $ 0.00 |
| 000002 | American Airlines Federal | $ 12,045.75 | $ 0.00 | $ 0.00 |
| 000004 | Capital One Bank (USA), N.A. | $ 544.52 | $ 0.00 | $ 0.00 |
| 000005 | eCAST Settlement Corporation, assignee | $ 6,929.89 | $ 0.00 | $ 0.00 |
| 00000003B | Internal Revenue Service | $ 5,685.57 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Joseph R. Voiland
Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 12-23976-CAD
Robert R Kopp Chapter 7
Carla L Kopp
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: mhenley      Page 1 of 2      Date Rcvd: Jul 08, 2013
                       Form ID: pdf006      Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 10, 2013.
```
db/jdb        +Robert R Kopp,    Carla L Kopp,    122 N. Dixon Dr.,    Batavia, IL 60510-7643
19032196      +AMR Corporation,    Payroll Department,    7645 E. 63rd Street, MD779,    Tulsa, OK 74133-1208
19032195      +American Airlines Fcu,    Po Box 619001,    Dfw Airport, TX 75261-9001
19032194       American Airlines Federal,    Credit Union MD 2100,    Po Box 619001,    Dfw Airport, TX 75261-9001
19032197      +Bank Of America, N.A.,    450 American St,    Simi Valley, CA 93065-6285
19032198     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court:   Cap One,    Po Box 85520,    Richmond, VA 23285)
19935458       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
19032199      +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
19032200      +Codilis & Assoc., P.C.,    15W030 North Frontage, Suite 100,    Willowbrook, IL 60527-6921
19032206       Patrick B. Perez, Sheriff of Kane,    37W777 Route 38, Rm JC101,    Saint Charles, IL 60175
19032208      +Torres Credit Srv,    27 Fairview St Ste 301,    Carlisle, PA 17015-3200
20229849       eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
               New York, NY 10087-9262
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19874200       E-mail/PDF: mrdiscen@discoverfinancial.com Jul 09 2013 02:05:17      Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
19032201      +E-mail/PDF: mrdiscen@discoverfinancial.com Jul 09 2013 02:05:17      Discover Fin Svcs Llc,
               Po Box 15316,    Wilmington, DE 19850-5316
19032202       E-mail/Text: cio.bncmail@irs.gov Jul 09 2013 01:46:11      Internal Revenue Service,
               Centralized Insolvency Operations,    P.O. Box 7346,    Philadelphia, PA 19101-7346
19032205      +E-mail/Text: clientservices@northwestcollectors.com Jul 09 2013 01:56:22      Northwest Collectors,
               3601 Algonquin Rd Ste 23,    Rolling Meadows, IL 60008-3143
19032207       E-mail/PDF: cbp@slfs.com Jul 09 2013 02:09:48      Springleaf Financial S,
               321 E Saint Charles Rd S,    Villa Park, IL 60181
                                                                                              TOTAL: 5
```
```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19032203*      Internal Revenue Service,    Centralized Insolvency Operations,    P.O. Box 7346,
               Philadelphia, PA 19101-7346
19032204*      Internal Revenue Service,    Centralized Insolvency Operations,    P.O. Box 7346,
               Philadelphia, PA 19101-7346
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 10, 2013**          **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-1           User: mhenley              Page 2 of 2                   Date Rcvd: Jul 08, 2013
                               Form ID: pdf006            Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 4, 2013 at the address(es) listed below:

        Gloria C Tsotsos    on behalf of Creditor    BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP nd-two@il.cslegal.com
        Jay L Dahl    on behalf of Debtor Robert R Kopp Jaydahllaw@gmail.com
        Jay L Dahl    on behalf of Joint Debtor Carla L Kopp Jaydahllaw@gmail.com
        Joseph Voiland    jrvoiland@sbcglobal.net, jvoiland@ecf.epiqsystems.com
        Laura A. Hrisko    on behalf of Creditor    Springleaf Financial Services f.k.a. American General Financial Services Laura.Hrisko@slfs.com, lrisko@aol.com
        M. Gretchen Silver    on behalf of U.S. Trustee Patrick S Layng ustpregion11.es.ecf@usdoj.gov, gretchen.silver@usdoj.gov;denise.delaurent@usdoj.gov;maria.e.yapan@usdoj.gov
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        TOTAL: 7

Case 12-23976    Doc 43    Filed 07/08/13    Entered 07/10/13 23:42:07    Desc Imaged
Certificate of Notice    Page 6 of 6