UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § § | |
| KOPP, ROBERT R | § | Case No. 12-23976 |
| KOPP, CARLA L | § § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                                           Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:                           Claims Discharged
                                                            Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

   4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

   5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated: _____   By:/s/JOSEPH R. VOILAND_____
                                         Trustee

   **STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | | | | | |
| JOSEPH R. VOILAND | | | | | |
| ESTES & ESTES | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| BANKER, COLDWELL | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service Centralized Insolvency Operations P.O. Box 7346 Philadelphia, PA 19101-7346 | | | | | |
| | Internal Revenue Service Centralized Insolvency Operations P.O. Box 7346 Philadelphia, PA 19101-7346 | | | | | |
| | Internal Revenue Service Centralized Insolvency Operations P.O. Box 7346 Philadelphia, PA 19101-7346 | | | | | |
| 000003A | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AMR Corporation Payroll Department 7645 E. 63rd Street, MD779 Tulsa, OK 74133 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Airlines Fcu Po Box 619001 Dfw Airport, TX 75261 | | | | | |
| | Cap One Po Box 85520 Richmond, VA 23285 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | | | | |
| | Northwest Collectors 3601 Algonquin Rd Ste 23 Rolling Meadows, IL 60008 | | | | | |
| | Torres Credit Srv 27 Fairview St Ste 301 Carlisle, PA 17015 | | | | | |
| 000002 | AMERICAN AIRLINES FEDERAL | | | | | |
| 000004 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000005 | ECAST SETTLEMENT CORPORATION, ASSIG | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00000003B | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| | |
|---|---|
| Case No: 12-23976  RG  Judge: MANUEL BARBOSA | Trustee Name: JOSEPH R. VOILAND |
| Case Name: KOPP, ROBERT R | Date Filed (f) or Converted (c): 06/13/12 (f) |
| KOPP, CARLA L | 341(a) Meeting Date: 08/13/12 |
| For Period Ending: 09/29/13 | Claims Bar Date: 03/29/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. real estate - 122 N. Dixon Dr., Batavia, IL | 287,100.00 | 0.00 | DA | 0.00 | FA |
| 2. Cash | 100.00 | 0.00 | DA | 0.00 | FA |
| 3. checking account - ChaseBank | 500.00 | 0.00 | DA | 0.00 | FA |
| 4. Household Goods | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 5. Wearing Apparel | 400.00 | 0.00 | DA | 0.00 | FA |
| 6. 401 (K) Equity Trust Co. | 0.00 | 0.00 | DA | 0.00 | FA |
| 7. defined benefit Plan - Morgan Stanley | 0.00 | 0.00 | DA | 0.00 | FA |
| 8. Stock - Robert Kopp Home | 5,400.00 | 0.00 | DA | 0.00 | FA |
| 9. 2005 Volvo S60 | 7,797.00 | 0.00 | DA | 0.00 | FA |
| 10. 2002 Volvo S80 | 7,000.00 | 0.00 | DA | 0.00 | FA |
| 11. 2002 Saturn SL | 3,095.00 | 0.00 | DA | 0.00 | FA |
| 12. real estate - 15513 Big Ridge Rd., St. Martin, MS (u) | Unknown | 0.00 | | 27,000.00 | FA |

|   |   |   |   |   |
|---|---|---|---|---|
| | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $313,392.00 | $0.00 | $27,000.00 | $0.00 |
| | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 08/15/13    Current Projected Date of Final Report (TFR): 08/15/13

LFORM1    Ver: 16.05c

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 12-23976 -RG | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|
| Case Name: | KOPP, ROBERT R | Bank Name: | Congressional Bank |
| | KOPP, CARLA L | Account Number / CD #: | *******0049 Checking Account |
| Taxpayer ID No: | *******2004 | | |
| For Period Ending: | 09/29/13 | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/13/13 | 12 | Estes and Estes, PA | | | 22,321.77 | | 22,321.77 |
| | | BANKER, COLDWELL | Memo Amount: ( 2,700.00 ) BROKER FEES | 3510-000 | | | |
| | | ESTES & ESTES | Memo Amount: ( 1,978.23 ) CLOSING COSTS | 2500-000 | | | |
| | | ESTES & ESTES | Memo Amount: 27,000.00 GROSS SALE PROCEEDS | 1210-000 | | | |
| 03/31/13 | | Congressional Bank | bank service fee | 2600-000 | | 10.70 | 22,311.07 |
| 06/01/13 | | Congressional Bank | bank service charge (4/30/13) | 2600-000 | | 23.69 | 22,287.38 |
| 08/08/13 | 001001 | JOSEPH R. VOILAND 1625 Wing Road Yorkville, IL 60560 | | 2100-000 | | 3,450.00 | 18,837.38 |
| 08/08/13 | 001002 | JOSEPH R. VOILAND 1625 Wing Road Yorkville, IL 60560 | | 2200-000 | | 771.75 | 18,065.63 |
| 08/08/13 | 001003 | Internal Revenue Service Centralized Insolvency Operations P.O. Box 7346 Philadelphia, PA 19101-7346 | | 5800-000 | | 18,065.63 | 0.00 |

Page Subtotals 22,321.77 22,321.77

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 12-23976 -RG |
| Case Name: | KOPP, ROBERT R |
| | KOPP, CARLA L |
| Taxpayer ID No: | *******2004 |
| For Period Ending: | 09/29/13 |

| | |
|---|---|
| Trustee Name: | JOSEPH R. VOILAND |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******0049 Checking Account |
| Blanket Bond (per case limit): | $ 50,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 27,000.00 | COLUMN TOTALS | 22,321.77 | 22,321.77 | 0.00 |
| Memo Allocation Disbursements: | 4,678.23 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 22,321.77 | 22,321.77 | |
| Memo Allocation Net: | 22,321.77 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 22,321.77 | 22,321.77 | |

| | | | | | |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 27,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| Total Allocation Disbursements: | 4,678.23 | Checking Account - *******0049 | 22,321.77 | 22,321.77 | 0.00 |
| | | | 22,321.77 | 22,321.77 | 0.00 |
| Total Memo Allocation Net: | 22,321.77 | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*